IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS DUBA, | ) | 4:14CV3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SALINE COUNTY SHERIFF'S OFFICE, | ) | |
| and ZACH CAVALIER, individually and as | ) | |
| a deputy of the Saline County Sheriff's | ) | |
| Office, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that Plaintiff's motion to dismiss this action against Defendant Zach Cavalier individually at Plaintiff's costs (filing 12) is granted. Entry of judgment will be withheld pending final disposition of this action.[1]

    DATED this 6th day of October, 2014.

                                      BY THE COURT:

                                      *Richard G. Kopf*
                                      Senior United States District Judge

---

[1] The court notes that Plaintiff's amended notice of accepting offer of judgment (filing 13), which was filed on September 17, 2014, states that "Plaintiff has prepared and will file with the court a dismissal of all claims against all Defendants." To date, no such filing has been made.